# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

11-21163

CHAPTER 13 PLAN
(INDIVIDUAL ADJUSTMENT OF DEBTS)

**FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF THE PLAN**

DEBTOR: Diane Cherrye Fox  SS# xxx-xx-0497

SS#

ADDRESS: 2915 Laredo St., Memphis, TN 38127

PLAN PAYMENT: Debtor to pay $ 213.00 Weekly **Every Two Weeks** Semi-monthly Monthly

PAYROLL DEDUCTION: Memphis & Shelby County Pediatric Group  OR ( ) DIRECT PAY

1444 E. Shelby Dr., #317  BECAUSE:

Memphis, TN 38116  FIRST PAYMENT:

ADMINISTRATIVE: Pay filing fee, trustee's fee, and debtor's attorney fee, pursuant to Court Order.
AUTO INSURANCE: ( )Not included in Plan ( ) Included in Plan

PAYMENT

CHILD SUPPORT: Future Support through Plan to

Child Support Arrearage to

PRIORITY CREDITORS:

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).
Chase Home Finance (current)  ongoing payment begins
Approximate arrearage  Interest
GMAC Mortgage (current)  ongoing payment begins
Approximate arrearage  Interest

**ADEQUATE PROTECTION PAYMENTS SHALL BE ¼ (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT**

| SECURED CREDITORS: (retain Lien 11 U.S.C. § 1325(a)(5)) | VALUE OF COLLATERAL | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|
| Regions Bank (07 Ford 500) | $ 11,100.00 | 5.25% | $ 222.00 |
| Santander (07 Ford Focus) | $ 7,600.00 | 5.25% | $ 152.00 |

**Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as unsecured debts.** UNSECURED CREDITORS: Pay to be determined % of these claims after above claims are paid;
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: ;
TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.